

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-21-00246-CV

**IN THE INTEREST OF R.R., A CHILD**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00605
Honorable Peter Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellant's brief was due on July 26, 2021. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **August 16, 2021**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court